**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**LINDA A. YANEZ,**

**Plaintiff,**

**vs.** **Court File No. 00-33 DWF/SRN**

**PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,**

**Defendant.**

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, by their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: 9-13-00, 2000

Robert F. Mannella
Robert F. Mannella (ID #67234)
Attorney for Plaintiff

Dated: 9-5-, 2000

John Harper III
John Harper III (ID #41397)
Attorney for Defendant

FILED SEP 27 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated this 7th day of Sept, 2000.

**BY THE COURT:**

**Judge of U.S. District Court**

G:\WPDATA\U\UNUMPROVIDENT\13-YANEZ\PLDGS\STIP OF DISMISSAL.DOC